■ (A) In the Matter of NEW HIGHWAY WATER WORKS, INC., Petitioner, v. WATER RESOURCES COMMISSIONERS OF THE DEPARTMENT OF CONSERVATION OF THE STATE OF NEW YORK et al., Respondents. (B) In the Matter of HAWK

TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York (GERALD E. SCHWENDY), Respondents. (C) In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York (FLOYD H. NEWTON), Respondents. (D) In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York (REGINALD D. MILLER), Respondents. (E) In the Matter of HAWK TRAILER DRIVEAWAY SERVICE, INC., et al., Petitioners, v. BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York (HARVEY COVELL), Respondents. — [In each proceeding] Motions to dismiss proceedings granted, without costs, unless petitioners shall file and serve records on review, briefs and notes of issue on or before August 7, 1961 and are ready for argument at the term to commence September 6, 1961, in which event the motions are denied.